# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | Case No.: 1:23-cr-213 |
| Ashley Brianna Olson, | ) | |
| | ) | |
| Defendant. | ) | |

On December 18, 2023, Defendant made her initial appearance and was arraigned in the above entitled action. AUSA David Rappenecker appeared on behalf of the United States. Attorney Leah Carlson was appointed to represent Defendant in this matter and appeared on Defendant's behalf.

Prior to her initial appearance, Defendant was incarcerated by the State of North Dakota at the Dakota Women's Correctional and Rehabilitation Center ("DWCRC") in New England, North Dakota. After the Indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Defendant's appearance before this court for her initial appearance and arraignment was secured by a writ of habeas corpus ad prosequendum.

At her initial appearance and arraignment, Defendant was advised of her rights under the IADA to continued federal custody until the charges set forth in the Indictment are adjudicated. Defendant waived in open court the anti-shuttling provisions of the IADA and agreed to return to the custody of the State of North Dakota (the "sending state" under the IADA) at DWCRC pending further proceedings in this case initiated by the United States (the "receiving state" under the IADA).

The court accepts Defendant's waiver, finding that it was made knowingly and intelligently, voluntarily, and upon advice of counsel. Accordingly, the court **ORDERS** that Defendant be returned to and housed by the "sending state" under the IADA pending further proceedings or until further order of the court. Further, pursuant to Defendant's waiver, the return of Defendant to the "sending state" pending trial shall <u>not</u> be grounds under the IADA for dismissal of the charges set forth in the Indictment.

**IT IS SO ORDERED.**

Dated this 18th day of December, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court